IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR419-0171 |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 924(c) |
| MATTHEW DULIN, | ) | 18 U.S.C. § 856(a)(1) |
| TRINH KAPU, | ) | 18 U.S.C. § 1956(h) |
| THANH NGUYEN, | ) | |
| IKAIKA KAPU, | ) | |
| MICAH KAPU, | ) | |
| PAUL GONNING II, and | ) | |
| CHANDLER MCMILLIAN. | ) | |
| | ) | |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be unsealed.

So ORDERED this 16th day of October, 2019.

_____
HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order Prepared by:
Frank M. Pennington, II
Assistant United States Attorney
Telephone Number: 912-652-4422