IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW DULIN, | ) | CASE NO. 4:19-CR-00171-1-RSB-CLR |
| | ) | |
| Defendant. | ) | |

## ORDER

The Defendant, Matthew Dulin, through Counsel, filed a Motion to Modify Conditions of Pretrial Release on November 12, 2019 (doc. 84), to allow him to seek employment, unrelated to the field of pharmacy, during the pendency of his criminal case. The government's position (doc. 87), was to leave the decision in the "sound discretion of the Court." The Court, having considered Defendant's motion and the government's response, hereby GRANTS the Motion to Modify Conditions of Pretrial Release. The Defendant shall be permitted to seek and secure employment, consistent with the Court's previous order setting conditions of release. Doc. 70. Employment that is undertaken shall first be approved by Pretrial Services.

SO ORDERED this 26th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA